No. 1133. TERREBONNE PARISH SCHOOL BOARD ET AL. *v.* TEXACO INC. ET AL. Sup. Ct. La. Certiorari denied. *Lloyd J. Cobb, Mettery I. Sherry, Jr.,* and *Herbert W. Christenberry, Jr.,* for petitioners. *Paul F. Schlicher* for Texaco Inc.; *Jack P. F. Gremillion,* Attorney General of Louisiana, and *John L. Madden, Edward M. Carmouche* and *John A. Bivins* for the State of Louisiana et al., respondents.

No. 1172. HUBERMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *James F. Masterson* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1173. HUGHES ET AL. *v.* MARYLAND COMMITTEE FOR FAIR REPRESENTATION ET AL. Ct. App. Md. Certiorari denied. *Lawrence F. Rodowsky* for petitioners. *Alfred L. Scanlan, Johnson Bowie* and *John Wright* for respondents.

No. 1186. EASTER *v.* CLYDESDALE, INC. C. A. D. C. Cir. Certiorari denied.

No. 1187. CRONAME, INC. *v.* TECHNOGRAPH PRINTED CIRCUITS, LTD., ET AL. C. A. 7th Cir. Certiorari denied. *Warren C. Horton* for petitioner. *Walter J. Blenko* and *Walter J. Blenko, Jr.,* for respondents.

No. 1190. J. STRICKLAND & Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John R. Stivers* and *Taylor Malone, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Robert L. Waxman* for the United States.